**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____ Chapter **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Precision Swiss Products, Inc** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **94-2370048** | |

**4. Debtor's address**

**Principal place of business**

**1911 Tarob Court**
**Milpitas, CA 95035**
Number, Street, City, State & ZIP Code

**Santa Clara**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

**3811 International Blvd. NE Suite 300 Leland, NC 28451**
Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL) **www.precisionswiss.com**

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1,
attach a separate list

| | | | | |
|---|---|---|---|---|
| Debtor | _____ | | Relationship | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

---

**11. Why is the case filed in this district?**  *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Case: 24-51678   Doc# 1   Filed: 11/04/24   Entered: 11/04/24 15:56:27   Page 3 of 32

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **11/04/2024**
MM / DD / YYYY

**X** **/s/ Norbert Kozar**
Signature of authorized representative of debtor

**Norbert Kozar**
Printed name

Title **CEO**

**18. Signature of attorney**

**X** **/s/ Chris Kuhner**
Signature of attorney for debtor

Date **11/04/2024**
MM / DD / YYYY

**Chris Kuhner 173291**
Printed name

**Kornfield, Nyberg, Bendes, Kuhner & Little P.C.**
Firm name

**1970 Broadway, Ste 600**
**Oakland, CA 94612**
Number, Street, City, State & ZIP Code

Contact phone **510-763-1000**     Email address

**173291 CA**
Bar number and State

Fill in this information to identify the case:

| Debtor name | **Precision Swiss Products, Inc** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express c/o Becket & Lee PO Box 3001 Malvern, PA 19355 | | Credit card purchases | | | | $150,000.00 |
| Brian & Susan Mecca 1073 Hetfirld Avenue Scotch Plains, NJ 07076 | | Shareholder Loan | | | | $101,521.00 |
| C. Dillon 385 El Portal Avenue San Mateo, CA 94402 | | | | | | $529,899.00 |
| California Dept of Tax and Fee Admin Acct Information Group MIC 29 P. O. Box 942879 Sacramento, CA 94279-0029 | | Sales Tax | Disputed | | | $143,155.00 |
| David Bluhm 4289 Piedmont Ave. #207 Oakland, CA 94611 | | Sharholder Loan | | | | $137,758.00 |
| De Lage Landen c/o Advanced Recovery Systems PO Box 80766 Valley Forge, PA 19484 | | Trade debt | | | | $297,249.00 |
| DEG Components, Inc. 2351 Sunset Blvd. Ste 170 Rocklin, CA 95765 | | Shareholder Loan | | | | $555,108.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Dillon Family Trust 385 El Portal Avenue San Mateo, CA 94402** | | **Shareholder Loan** | | | | **$371,231.00** |
| **Eric & Shannon Huston 210 Long Point Road MD 21932** | | **Shareholder Loan** | | | | **$508,450.00** |
| **Geomax 3460 Edward Avenue Santa Clara, CA 95054** | | **Trade debt** | | | | **$202,577.00** |
| **Internal Revenue Service Special Procedures Branch Bankruptcy Section/Mail Code 1400S 1301 Clay St. Oakland, CA 94612-5210** | | **940 and 941** | | | | **$1,143,155.00** |
| **International Commerce Center I, LLC c/Cameron Management Wilmington, NC 28401** | | **Past Due Rent** | | | | **$300,296.00** |
| **MSC Industrial Supply Co. 3848 Bay Center Place Hayward, CA 94545** | | **Trade debt** | | | | **$288,000.00** |
| **Night Hawk Technologies, Inc. 1709 Knollfield Way Encinitas, CA 92024** | | **Shareholder Loan** | | | | **$601,500.00** |
| **Pacific Gas & Electric PO Box 997300 Sacramento, CA 95899-7300** | | **Utilities** | | | | **$97,678.00** |
| **Richard Chatelan 20132 Bayview Avenue Newport Beach, CA 92660** | | **Shareholder Loan** | | | | **$188,373.00** |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **The Cameron Group 5683 Queen Anne Drive Santa Rosa, CA 95409** | | **Trade debt** | | | | **$218,351.00** |
| **Visio Investment Group, LLC 1951 Avenida Joaquin Encinitas, CA 92024** | | **Shareholder Loans** | | | | **$1,942,010.00** |
| **X3 Dynamic Machining 1307 Fulton Place Fremont, CA 94539** | | **Trade debt** | | | | **$75,921.00** |
| **Xact Wire EDM Corporation N8W22399 Johnson Drive Waukesha, WI 53186** | | **Trade debt** | | | | **$297,757.00** |

Chris Kuhner
Kornfield, Nyberg, Bendes, Kuhner & Little P.C.
1970 Broadway, Ste 600
Oakland, CA 94612


Precision Swiss Products, Inc
1911 Tarob Court
Milpitas, CA 95035


A & S Enterprises
549 Garcia Ave., Suite C
Pittsburg, CA 94565


A.M Castle & Compnay
4384 Tiamo Way
Stockton, CA 95206


Advanced Grinding
812 49th Avenue
Oakland, CA 94601


Advanced Paper Systems
499 Parrott Street
San Jose, CA 95112


AFI Alternatives for Industry
6720 28th Ave
Sarasota, FL 34243


Airhardware
12675 Encintas Ave.
Sylmar, CA 91342

Alan and Sally Hammond Family Trust
549 Garcia Ave., Suite C
Pittsburg, CA 94565


Allan Hammond
549 Garcia Ave., Suite C
Pittsburg, CA 94565


Allan Swicegood
American Armament


Alliance Funding Group
17542 17th Street, Suite 200
Tustin, CA 92780


Alpha Equity Fund
555 Park Avenue
New York, NY 10065


American Express
c/o Becket & Lee
PO Box 3001
Malvern, PA 19355


Amerita
PO Box 82657
WY 82657


Amur
PO Box 911685
Denver, CO 80291

Andrew McVey
Murchison, Taylor and Gibson, PLLC
Wilmington, NC 28401


ASC Industrial Air Filtration
15 North Washington St.
Plainville, CT 06062


Ascentium
23970 Highway 59 North
Kingwood, TX 77339


AT&T
Attn: Bankruptcy
4331 Communications Dr
Floor 4W
Dallas, TX 75211


Atlantic Coast Toyotalift
PO Box B
High Point, NC 27261


Baker Air & Hydraulics, Inc.
1308 Miller Road
Greenville, SC 29607


Bertelkamp Automation, Inc.
PO Box 11488
Knoxville, TN 37939


BMO Bank
1625 W. Fountainhead Pkwy, 10th floor
Tempe, AZ 85282

Brian & Susan Mecca
1073 Hetfirld Avenue
Scotch Plains, NJ 07076


Brian Gipson
217 N. Jefferson Street
Suite 601
Chicago, IL 60661


Brunswick County Revenue
PO Box 29
Bolivia, NC 28422


Bryn Mawr Funding
PO Box 692
Bryn Mawr, PA 19010


Butler Bros. Industrial Supplier
PO Box 1375
Lewiston, ME 04243


C. Dillon
385 El Portal Avenue
San Mateo, CA 94402


California Dept of Tax and Fee Admin
Acct Information Group MIC 29
P. O. Box 942879
Sacramento, CA 94279-0029


Celestica Critical Clean
2265 Calle Del Mundo
Santa Clara, CA 95054

Chad & Debra Yaw
876 Makatoka Rd NW
Supply, NC 28462


Chemical Data Management
10230 Freeman Ave.
Santa Fe Springs, CA 90670


Cisco Air System
6337 W. Caron St.
Glendale, AZ 85302


CIT Bank
10201 Centurion Parkway North
Jacksonville, FL 32256


Clancy Machine Tool
3055 Osgood Cot
Fremont, CA 94539


Continental Heat Treating
10643 S. Norwalk Blvd.
Santa Fe Springs, CA 90670


Culligan NC
1361 S. Allec Street
Wilmington, NC 28401


David Bluhm
4289 Piedmont Ave. #207
Oakland, CA 94611

De Lage Landen
c/o Advanced Recovery Systems
PO Box 80766
Valley Forge, PA 19484


DEG Components, Inc.
2351 Sunset Blvd. Ste 170
Rocklin, CA 95765


Dell Financial Services
Mail Stop-PS2DF-23
One Dell Way
Round Rock, TX 78682


Department of Industrial Relations
Division of Administration
PO Box 420603
San Francisco, CA 94142-0603


Dillon Family Trust
385 El Portal Avenue
San Mateo, CA 94402


DMG Mori Seiki USA
2400 Hamilton Blvd.
Hoffman Estates, IL 60192


Dover Capital LLC
600 W. Germantown Pike
Plymouth Meeting, PA 19462


Drake Plastics Ltd., Co.
14869 Grant Road
Cypress, TX 77429

Duke Energy
525 South Tyron Street
Charlotte, NC 28202


East Coast Metal Treating, Inc.
1117 Capital Blvd.
Raleigh, NC 27603


Employment Development Dept
MIC 92E
PO Box 826880
Sacramento, CA 94280-0001


Engineered Components & PKG
164 Bent Oak Trail, #100
Fairport, NY 14450


Engs Commercial Finance
PO Box 128
Itasca, IL 60143


Eric & Shannon Huston
210 Long Point Road
MD 21932


Eriez
278 Black River Rd
Fletcher, NC 28732


Extreme Bolt and Fastener
280 E. Main St., Suite 107
Newark, DE 19711

```
FedEx
PO Box 7221
Pasadena, CA 91109


Finecut
Rinnavagen 6, SE-517 33
Bollebygd
Sweden


Finepart
Rinnavagen 6, SE-517 33
Bollebygd
Sweden


First Citizens Bank
PO Box 856502
Minneapolis, MN 55485


Four-D
1065 Memorex Drive
Santa Clara, CA 95050


Fox Business Funding
803 21st Avenue
Hollywood, FL 33020


Fred Ordway
2719 Pamela Place
Minden, NV 89423


Gaba Law
25 Mauchly Street, Ste 300
Irvine, CA 92618
```

Gateway Acceptance Company
2255 Contra Cosat Blvd, Suite 300
Pleasant Hill, CA 94523


General Logistics Systems, Inc.
PO Box 31990
Stockton, CA 95213


Geo Max
3460 Edward Avenue
Santa Clara, CA 95054


Geomax
3460 Edward Avenue
Santa Clara, CA 95054


GFL Enviroment
PO Box 791519
Santa Clara, CA 95054


Global Shop
PO Box 840929
Dallas, TX 75284


Gosiger
Po Box 712288
Cincinnati, OH 45271


Gosiger HV
108 McDonough St
Dayton, OH 45402

Haulistic
2748 Cavanagh Court
Hayward, CA 94545


Hexagon
Lockbox #771742
1742 Solutions Center
Chicago, IL 60677


Highland Capital Corporation
PO Box 476
Mc Afee, NJ 07428


Hixson Metal Finishing
829 Production Place
Newport Beach, CA 92663


Home Depot Credit Services
Citibank USA
Attn Bankruptcy
PO Box 20507
Kansas City, MO 64195


HS&S Inc.
2185 Ronald St.
Santa Clara, CA 95050


HUB Metals and Trading
1141 South Acacia Ave
Fullerton, CA 92831


Hytron Manufacturing
15582 Chemical Lane
Huntington Beach, CA 91649

Inficon
70 Bridge Street
MA 02580


Infortech
3080 Olcott St., Suite C135
Santa Clara, CA 95054


Ingersoll Rand
3811 Suite 300 Internations Blvd.
Leland, NC 28451


Insight Software Solutions
1227 Belknap Ct.
Cupertino, CA 95014


Internal Revenue Service
Special Procedures Branch
Bankruptcy Section/Mail Code 1400S
1301 Clay St.
Oakland, CA 94612-5210


International Commerce Center I, LLC
c/Cameron Management
1201 Glen Meade Road
Wilmington, NC 28401


International Fianancial Services Corp.
1113 S. Milwaukee Ave, Suite 301
Libertyville, IL 60048


Interstate Plastics
2065 Williams Street
San Leandro, CA 94577

IPI Plastics, Inc.
1259 Birchwood Road
Sunnyvale, CA 94089


J&M Executive Leasing
PO Box 5066
Hartford, CT 06102


Job Squad
c/o DSS Holdings LLC
PO Box 10483
Fort Wayne, IN 46852


Jurva Leak
14485 Annapolis Land, N
Dayton, MN 55327


Kaiser Foundation Health Plan
File #5915
Los Angeles, CA 90074


Key Bellevilles
100 Key Lane
Leechburg, PA 15656


KMK Ventures PVT LTD
453 Spring Street, Suite 400
Los Angeles, CA 90013


Lam Research Corporation
4650 Cushing Parkway
Fremont, CA 94538

Leaf Funding
PO Box 5066
Hartford, CT 06102


Lenovo Financial Services
10201 Centerion Pkwy N, Ste 100
Jacksonville, FL 32256


LG Funder
1218 Union Street
Brooklyn, NY 11225


Luke Engineering & Anodizing Co, Inc.
456 South Blvd.
Wadsworth, OH 44281


M&D Capital NY LLC
4619 Surf Avenue
Brooklyn, NY 11224


MacAllister and Associates
80 Front Street
Newburyport, MA 01950


Machine Metrics
116 Pleasant Street, #332
Easthampton, MA 01027


Makino
PO Box 3892
Seattle, WA 98124

Makino, Inc.
680 Innovation Way
Mason, OH 45040


Marriot Visa
P.O. Box 15298
Wilmington, DE 19850


Matt Rodriguez
4254 Kingston Ct.
Southport, NC 28461


Melissa Kozar
372 Fleming Avenue
San Jose, CA 95127


Met Life
200 Park Avenue
New York, NY 10166


Methods  Machine
65 Union Street
Sudbury, MA 01776


Micro Surface Corporation
PO Box 788
Morris, IL 60450


Microsurface Corporation-CA
270 Hillsdale Ave.
San Jose, CA 95136

Midlands States Bank
1202 Network Centre Drive
Effingham, IL 62401


Mitsubishi HCCA
PO Box 71347
Chicago, IL 60694


MRS BPO LLC
1930 Olney Ave
Cherry Hill, NJ 08003


MSC Industrial Supply Co.
3848 Bay Center Place
Hayward, CA 94545


MSI Viking
321 Tucapau Rd.
Duncan, SC 29334


Nate Brubaker
Galser-Miller Company


Navia Benefits
PO Box 53250
Bellevue, WA 98015


Next Generation Metals Inc.
7025 Beracasa Way
Boca Raton, FL 33433

Night Hawk Technologies, Inc.
1709 Knollfield Way
Encinitas, CA 92024


Norbert Kozar
372 Fleming Avenue
San Jose, CA 95127


North Carolina Dept of Revenue
PO Box 871
Raleigh, NC 27602


Old National Equipment Finance
8750 W. Bryn Mawr Ave, Suite 1300
Chicago, IL 60631


Old National Equipment Finance
522 North Cass Avenue
Westmont, IL 60559


OSHA
144 Commercial Street
Sunnyvale, CA 94086


Overton Funding/Delta Capital
2802 North 29th Avenue
Hollywood, FL 33020


Pacific Gas & Electric
PO Box 997300
Sacramento, CA 95899-7300

Pathway Capital Management
18575 Jamboree Rd
Irvine, CA 92612


Paypal
2211 N.1st Street
San Jose, CA 95131


PBY Plastics
2571 Lindsay Privado
Ontario, CA 91761


PEAC Solutions
PO Box 13604
Philadelphia, PA 19101


PG & E
P.O. Box 99730
Sacramento, CA 95899


Polymershapes
540 Civic Blvd., Suite 175
Raleigh, NC 27610


Port City Training
52 Century Rd
Hallsboro, NC 28442


Precision Tool Distributed
46613 Fremont Blvd
Fremont, CA 94389

Productivity Quality Inc.
15150 25th Ave N, Ste 200
Minneapolis, MN 55447


Protolabs, Inc.
5540 Pioneer Creek Drive
Maple Plain, MN 55359


Quality Metal Finishing Corp.
80 George Street
Paterson, NJ 07503


Quench
PO Box 735777
Dallas, TX 75373


Quench USA
PO Box 735777
Dallas, TX 75373


Randstad
PO Box 894217
Los Angeles, CA 90189


Regents Bank
3200 Bristol Street, Suite 400
Costa Mesa, CA 92626


Richard Chatelan
20132 Bayview Avenue
Newport Beach, CA 92660

Rimco
315 Colonial Drive
Horseheads, NY 14845


Rolled Alloy
4942 W. Rosecrans Ave.
Hawthorne, CA 90250


Sandmeyer Steel Company
One Sandmeyer Lane
Philadelphia, PA 19116


Santa Clara County Tax Collector
70 W. Hedding St
East Wing, 6th Floor
San Jose, CA 95113


Santa Clara Cty Dept Enviromental Health
1555 Berger Dr. #300
San Jose, CA 95112


Scientific Platers (SCI)
9809 Kitty Lane
Oakland, CA 94603


Scott MacAllister
Supplier Executive


Selway
29250 Union City Blvd.
Union City, CA 94587

Siemans
PO Box 2083
Carol Stream, IL 60132


Signature Financial LLC
PO Box 71278
Philadelphia, PA 19176


Simco Electronics
1178 Bordeaux Drive
Sunnyvale, CA 94089


Solon Manufacturing Company, Inc.
425 Center Street
Chardon, OH 44024


Special Proj-X LLC
615 MacDonald Dr.
Wilmington, NC 28403


Spinette Machinery
5475 Louie Lane, Ste. C
Rocklin, CA 89511


Star CNC Machine Tool Corp
123 Powerhouse Road
PO Box 9
Roslyn Heights, NY 11577


Stearns Bank
500 13th Street
Albany, MN 56307

Stephen Dillon
385 El Portal Avenue
San Mateo, CA 94402


Sullivan Steel Services
85 Route 31 North
Pennington, NJ 08534


Sumitomo Mitsui
PO Box 530023
Atlanta, GA 30353


Summit
PO Box 402
Middletown, OH 45042


Superior Joining Technologies
1260 Turret Dr.
Machesney Park, IL 61115


Supra Alloys Inc.
PO Box 85318
Chicago, IL 60689


Swaglok
3393 West Warren Ave.
Fremont, CA 94538


T&H Manufacturing Inc.
18430 Sutter Blvd
Morgan Hill, CA 95037

TCI aluminum
2353 Davis Ave.
Hayward, CA 94545


Techmetals Incorporated
345 Springfield Street
Dayton, OH 45403


Teresa Nguyen
2114 Senter Road, Ste 5
San Jose, CA 95112


The Cameron Group
5683 Queen Anne Drive
Santa Rosa, CA 95409


Tool Technologt Dist. Inc.
3110 Osgood Court
Fremont, CA 94539


Total Quality Maintenance, Inc.
895 Commercial Street
Palo Alto, CA 94303


Toyota Motor Credit
Toyota Financial Services
PO Box 8026
Cedar Rapids, IA 52408


Transchem Coatings
1811 S. Hope Street
Los Angeles, CA 90015

Tri County Alarm System
PO Box 11435
Wilmington, NC 28404


TTC North America LLC
PO Box 199254
Indianapolis, IN 46219


U.S. Small Business Administration
Office of Processing and Disbursement
14925 Kingsport Rd
Fort Worth, TX 76155


UFS West
University Road, Park West
Bloemfonten, 9301
South Africa


Unifirst Corporation
PO Box 650481
Dallas, TX 75265


United Health Care
PO Box 30769
Salt Lake City, UT 84130


Universal Metal Marking Co.
14053 Orange Ave
Paramount, CA 90723


Utility Management Services, Inc.
PO Box 890134
Charlotte, NC 28289

Visio Investment Group, LLC
1951 Avenida Joaquin
Encinitas, CA 92024


Vision Financial Group (Civista Bank)
615 Iron City Dr.
Pittsburgh, PA 15205


Web Funder
1885 Mission Street
San Francisco, CA 94115


Wells Fargo Bank
Attn: Bankruptcy
PO Box 6429
Greenville, SC 29606


X3 Dynamic Machining
1307 Fulton Place
Fremont, CA 94539


Xact Wire EDM Corporation
N8W22399 Johnson Drive
Waukesha, WI 53186


Zeiss
6250 Sycamore Lane North
Osseo, MN 55369

# United States Bankruptcy Court
## Northern District of California

In re **Precision Swiss Products, Inc** _____

Debtor(s)

Case No. _____

Chapter **11** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Precision Swiss Products, Inc** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Melissa Kozar**
**372 Fleming Avenue**
**San Jose, CA 95127**

**Norbert Kozar**
**372 Fleming Avenue**
**San Jose, CA 95127**

**The Dillon Family Trust**

☐ None [*Check if applicable*]

**11/04/2024**

Date

**/s/ Chris Kuhner**

**Chris Kuhner 173291**

Signature of Attorney or Litigant
Counsel for **Precision Swiss Products, Inc**

**Kornfield, Nyberg, Bendes, Kuhner & Little P.C.**

**1970 Broadway, Ste 600**
**Oakland, CA 94612**
**510-763-1000 Fax:510-273-8669**