CHRIS D. KUHNER, ESQ.
(Bar No. 173291)
**KORNFIELD, NYBERG, BENDES,**
**KUHNER & LITTLE, P.C.**
1970 Broadway, Suite 600
Oakland, California 94612
Telephone: (510) 763-1000
Facsimile: (510) 273-8669
Email: c.kuhner@kornfieldlaw.com

Proposed Attorneys for Debtor-In-Possession

The following constitutes the order of the Court.
Signed: November 15, 2024

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>Precision Swiss Products, Inc.,<br><br>Debtor. | Case No. 24-51678 MEH<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION RESOLVING ALL DISPUTES BETWEEN DEBTOR AND WEBFUNDER, LLC** |

The Court having considered the Stipulation Resolving All Disputes Between Precision Swiss Products, Inc., Chapter 11 Debtor and Debtor-In-Possession in the above-referenced bankruptcy case ("Debtor"), and Webfunder, LLC ("Webfunder") ("Stipulation") [Docket No. 38], and good cause appearing therefor;

**IT IS HEREBY ORDERED** that the Stipulation entered into between the Debtor and Webfunder is hereby approved.

***END OF ORDER***

COURT SERVICE LIST

No service list required