**Fill in this information to identify the case:**

Debtor name **Precision Swiss Products, Inc**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) **24-51678**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __12/02/2024__       X /s/ Norbert Kozar
                                 Signature of individual signing on behalf of debtor

                                 **Norbert Kozar**
                                 Printed name

                                 **CEO**
                                 Position or relationship to debtor

Fill in this information to identify the case:

Debtor name **Precision Swiss Products, Inc**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) **24-51678**

☐ Check if this is an
amended filing

Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals 12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.............................................................................  $  **1,009,790.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*...........................................................................  $  **14,867,192.00**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.............................................................................  $  **15,876,982.00**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................  $  **12,912,928.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................  $  **1,379,813.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................  +$  **8,299,144.00**

4. Total liabilities ......................................................................................
   Lines 2 + 3a + 3b
   $  **22,591,885.00**

Case: 24-51678    Doc# 65    Filed: 12/02/24    Entered: 12/02/24 15:43:09    Page 2 of 71

| Fill in this information to identify the case: |

Debtor name    **Precision Swiss Products, Inc**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)    **24-51678**

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Heritage Bank of Commerce** | **Checking** | **5437** | $17,345.00 |
| 3.2. | **Heritage Bank of Commerce** | **Checking** | **2224** | $21.00 |
| 3.3. | **Heritage Bank of Commerce** | **Checking** | **0218** | $400.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $17,766.00 |
| --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

Case: 24-51678    Doc# 65    Filed: 12/02/24    Entered: 12/02/24 15:43:09    Page 3 of 71

Debtor **Precision Swiss Products, Inc**      Case number *(If known)* **24-51678**
Name

| | | |
|---|---|---|
| 7.1. | **Secuirty Deposit-Geo Max (California Landlord)** | $34,203.00 |

| | | |
|---|---|---|
| 7.2. | **Security Deposit-International Commerce Center I, LLC (North Carolina Landlord)** | $37,288.00 |

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.      **Total of Part 2.**

     Add lines 7 through 8. Copy the total to line 81.      **$71,491.00**

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.      **Accounts receivable**

     11a. 90 days old or less:      **1,747,088.00** - **873,544.00** = ....      **$873,544.00**
                        face amount      doubtful or uncollectible accounts

12.      **Total of Part 3.**

     Current value on lines 11a + 11b = line 12. Copy the total to line 82.      **$873,544.00**

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

14.      **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

15.      **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:      % of ownership

| | | | | | |
|---|---|---|---|---|---|
| 15.1. | **25,000 Shares in Columbia Inland Corporation** | **.01** | % | **N/A** | **Unknown** |

16.      **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17.      **Total of Part 4.**

     Add lines 14 through 16. Copy the total to line 83.      **$0.00**

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

� Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** Raw Materials | **2nd Quarter 2023** | **Unknown** | **Comparable sale** | **$500,000.00** |
| 20. | **Work in progress** Work in Progress | **N/A** | $688,000.00 | N/A | **$688,000.00** |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** Misc Inventory | **N/A** | $2,222,907.00 | Replacement | $2,222,907.00 |

23. **Total of Part 5.**

Add lines 19 through 22. Copy the total to line 84.

| $3,410,907.00 |
|---|

24. **Is any of the property listed in Part 5 perishable?**
   ■ No
   ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   ■ No
   ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ☐ No
   ☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ☐ No. Go to Part 7.
   ☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No. Go to Part 8.
   ☐ Yes Fill in the information below.

| | General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 39. | **Office furniture** | | | | |
| 40. | **Office fixtures** | | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** Fixtures and Office Furniture | | $262,646.00 | Comparable sale | $262,646.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.** | **$262,646.00**
    Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☒ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No. Go to Part 9.
    ☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>Manufacturing Machinery | $10,230,838.00 | Comparable sale | $10,230,838.00 |

51. **Total of Part 8.** | **$10,230,838.00**
    Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☒ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

    ☐ No. Go to Part 10.
    ☒ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other | Nature and<br>extent of<br>debtor's interest | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|

Case: 24-51678    Doc# 65    Filed: 12/02/24    Entered: 12/02/24 15:43:09    Page 6 of 71

| description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | in property | | | |
|---|---|---|---|---|
| 55.1. **Lease and improvements at 1911 Tarob Court, Milpitas, California** | **Leasehold Interest** | **Unknown** | | **Unknown** |
| 55.2. **Lease and Improvements at 3811 International Blvd. NE Suite 300** | **Leasehold Interest** | **Unknown** | **Replacement** | **$1,009,790.00** |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| $1,009,790.00 |
|---|

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 10:   Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| **61. Internet domain names and websites** **www.precisionswiss.com** | **Unknown** | | **Unknown** |
| **62. Licenses, franchises, and royalties** | | | |
| **63. Customer lists, mailing lists, or other compilations** **Customer List** | **Unknown** | **N/A** | **Unknown** |
| **64. Other intangibles, or intellectual property** | | | |
| **65. Goodwill** **Business Goodwill** | **Unknown** | **N/A** | **Unknown** |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| $0.00 |
|---|

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

☑ No
☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 11:**  **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|
| 71.  **Notes receivable**<br>Description (include name of obligor) | |
| 72.  **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| **Net Operating Loss**  Tax year **2023** | **Unknown** |
| 73.  **Interests in insurance policies or annuities** | |
| 74.  **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76.  **Trusts, equitable or future interests in property** | |
| 77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br>**Rights under Lease Termination Agreement with GeoMax (CA Landlord), Amendment 11. Applied to rent through April 2025** | **Unknown** |

78.  **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.

| **$0.00** |
|---|

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $17,766.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $71,491.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $873,544.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $3,410,907.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $262,646.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $10,230,838.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.....................................> | | $1,009,790.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $14,867,192.00 | + 91b. $1,009,790.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $15,876,982.00 |

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** <br> Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.1**   **Alliance Funding Group**
Creditor's Name

**17542 17th Street, Suite 200**
**Tustin, CA 92780**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2022**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2 HURCOs and 1 Harding Lathe**

Describe the lien
**UCC Financing Statement**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$128,814.00**
Column B: **Unknown**

---

**2.2**   **Alpha Equity Fund**
Creditor's Name

**555 Park Avenue**
**New York, NY 10065**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**All assets of the debtor**

Describe the lien
**UCC Financing Statement**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Column A: **Unknown**
Column B: **Unknown**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 | **Amur** | **Describe debtor's property that is subject to a lien** | **$444,808.00** | **Unknown** |

Creditor's Name

**Makino #4, DA300, Serial #279**

**PO Box 911685**
**Denver, CO 80291**

Creditor's mailing address

**Describe the lien**
**UCC Financing Statement**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**2022**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Ascentium** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |

Creditor's Name

**Zeiss CMM**

**23970 Highway 59 North**
**Kingwood, TX 77339**

Creditor's mailing address

**Describe the lien**
**UCC Financing Statement**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**05/01/2019**

**Last 4 digits of account number**
**2463**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **BMO Bank** | **Describe debtor's property that is subject to a lien** | **$8,022.00** | **Unknown** |

Creditor's Name

**New Hyster Forklift S50CT2,Serial #B267V03005T**

**1625 W. Fountainhead**
**Pkwy, 10th floor**
**Tempe, AZ 85282**

Creditor's mailing address

**Describe the lien**
**UCC Financing Statement**

**Is the creditor an insider or related party?**

■ No

---

Creditor's email address, if known
_____

☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**
**2022**
**Last 4 digits of account number**
_____

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Bryn Mawr Funding** | Describe debtor's property that is subject to a lien | **$6,302.00** | **Unknown** |

Creditor's Name

**PO Box 692**
**Bryn Mawr, PA 19010**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**10/21/2019**
**Last 4 digits of account number**
**1KBM**

**Do multiple creditors have an interest in the same property?**
☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Only Star2, serial # 0876**

**Describe the lien**
**UCC Financing Statement**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **CIT Bank** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |

Creditor's Name

**10201 Centurion Parkway North**
**Jacksonville, FL 32256**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**09/05/2019**
**Last 4 digits of account number**
**1806,6001**

**Do multiple creditors have an interest in the same property?**
☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Assets subject Lease #21806, Sch # 21806-001**

**Describe the lien**
**UCC Financing Statement**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Dell Financial Services** | Describe debtor's property that is subject to a lien | **$349.00** | **Unknown** |

Creditor's Name

**Mail Stop-PS2DF-23**
**One Dell Way**
**Round Tx 78682**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2021,2022**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**IT Software**

**Describe the lien**
**UCC Financing Statement**
**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Dover Capital LLC** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |
| --- | --- | --- | --- | --- |

Creditor's Name

**600 W. Germantown Pike**
**Plymouth Meeting, PA**
**19462**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**All assets of the company**

**Describe the lien**
**UCC Financing Statement**
**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 0 | **First Citizens Bank** | Describe debtor's property that is subject to a lien | **$432,228.00** | **Unknown** |
| --- | --- | --- | --- | --- |

Creditor's Name

**PO Box 856502**
**Minneapolis, MN 55485**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

Describe debtor's property that is subject to a lien
**NAK AS200MY ($163,428); 2018 Star SB 20 ($86,425); HT Inspection Equipment ($62,568); Server, Desktop (16), Computers (5), Docks (5) ($18,598); Server, Phones (28), Laptops (5), Monitors (3) ($70,840); Servers (2), Laptop, Monitors (6)**

**Describe the lien**
**UCC Financing Statement**
**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No

**2022**
**Last 4 digits of account number**
**8000;8137**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 1 | **Fox Business Funding** |
|---|---|

Creditor's Name

**803 21st Avenue**
**Hollywood, FL 33020**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**All assets of the company**

$50,000.00    Unknown

**Describe the lien**
**UCC Financing Statement**
**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 2 | **Gateway Acceptance Company** |
|---|---|

Creditor's Name

**2255 Contra Cosat Blvd, Suite 300**
**Pleasant Hill, CA 94523**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**August, 2007**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Factored Accounts Receivables and assets of the compaby**

$3,704,954.00    Unknown

**Describe the lien**
**UCC Financing Statement**
**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 3 | **Highland Capital Corporation** |
|---|---|

**Describe debtor's property that is subject to a lien**

$203,786.00    Unknown

---

Creditor's Name

**PO Box 476**
**Mc Afee, NJ 07428**

**Star 20JIB ($180,588) and MX-330 Matsura ($23,198)**

Creditor's mailing address

**Describe the lien**
**UCC Financing Statement**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10/03/2022**

**Last 4 digits of account number**
**0386**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | **International Fianancial Services Corp.** | | |

Creditor's Name

**1113 S. Milwaukee Ave, Suite 301**
**Libertyville, IL 60048**

**Describe debtor's property that is subject to a lien**
**Matsurra MAM 35VN 72-35V Axis Machining Center**

Unknown | Unknown

Creditor's mailing address

**Describe the lien**
**UCC Financing Statement**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**09/05/2019**

**Last 4 digits of account number**
**7891**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 5 | **Leaf Funding** | | |

Creditor's Name

**PO Box 5066**
**Hartford, CT 06102**

**Describe debtor's property that is subject to a lien**
**MX Matsura, Nak AS200MY**

$82,028.00 | Unknown

Creditor's mailing address

**Describe the lien**
**UCC Financing Statement**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2019 and 2021**

**Last 4 digits of account number**

---

**1001,002**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check that all apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.16**

**Leaf Funding**

Creditor's Name

**PO Box 5066**
**Hartford, CT 06102**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**07/31/2022**

**Last 4 digits of account number**
**2001**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Zeiss CMM Tumbler**

**Describe the lien**
**UCC Financing Statement**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check that all apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**$139,982.00**      **Unknown**

---

**2.17**

**Leaf Funding**

Creditor's Name

**PO Box 5066**
**Hartford, CT 06102**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**12/28/2022**

**Last 4 digits of account number**
**1002**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**1 Cincinatte Chamfer machine**

**Describe the lien**
**UCC Financing Statement**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check that all apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**$80,148.00**      **Unknown**

---

**2.18**

**Leaf Funding**

**Describe debtor's property that is subject to a lien**

**$72,748.00**      **Unknown**

---

Case: 24-51678   Doc# 65   Filed: 12/02/24   Entered: 12/02/24 15:43:09   Page 16 of 71

Creditor's Name

**Nak AS200MY, Serial #KS205810**

**PO Box 5066**
**Hartford, CT 06102**

Creditor's mailing address

**Describe the lien**
**UCC Financing Statement**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**
**2022**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 9 | **Lenovo Financial Services** | **Describe debtor's property that is subject to a lien** | **$70,080.00** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**IT equipment and computers**

**10201 Centerion Pkwy N,**
**Ste 100**
**Jacksonville, FL 32256**

Creditor's mailing address

**Describe the lien**
**UCC Financing Statement**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**
**2022**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 0 | **LG Funder** | **Describe debtor's property that is subject to a lien** | **$76,869.00** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**Assets of the company**

**1218 Union Street**
**Brooklyn, NY 11225**

Creditor's mailing address

**Describe the lien**
**UCC Financing Statement**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

---

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.21 | **M&D Capital NY LLC** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |

Creditor's Name

**4619 Surf Avenue**
**Brooklyn, NY 11224**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Asset of the company**

Describe the lien
**UCC Financing Statement**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.22 | **Makino, Inc.** | Describe debtor's property that is subject to a lien | **$409,357.00** | **Unknown** |

Creditor's Name

**PO Box 3892**
**Seattle, WA 98124**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Makino #2, DA300, Serial #267**

Describe the lien
**UCC Financing Statement**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2022**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.23 | **Midlands States Bank** | Describe debtor's property that is subject to a lien | **$433,512.00** | **Unknown** |

Creditor's Name

**1202 Network Centre Drive**
**Effingham, IL 62401**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Makino #1; DS300, Serial #264**

Describe the lien

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 9 of 19

**UCC Financing Statement**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2022**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.2 4 | **Mitsubishi HCCA** | **Describe debtor's property that is subject to a lien** | $373,892.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**Nomura NN-32YB3**

**PO Box 71347**
**Chicago, IL 60694**

Creditor's mailing address

**Describe the lien**
**UCC Financing Statement**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**8/1/2020**

**Last 4 digits of account number**
**1797**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.2 5 | **Mitsubishi HCCA** | **Describe debtor's property that is subject to a lien** | $147,486.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**Nomura NN32UB8K2**

**PO Box 71347**
**Chicago, IL 60694**

Creditor's mailing address

**Describe the lien**
**UCC Financing Statement**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**7/1/2020**

**Last 4 digits of account number**
**3406**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 6 | **Mitsubishi HCCA** | | |
|---|---|---|---|

Creditor's Name

**PO Box 71347**
**Chicago, IL 60694**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**9/28/2020**

Last 4 digits of account number
**3394**

Do multiple creditors have an interest in the same property?

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Nomura NN32UB8K2**        $66,234.00        Unknown

Describe the lien
**UCC Financing Statement**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 7 | **Mitsubishi HCCA** | | |
|---|---|---|---|

Creditor's Name

**PO Box 71347**
**Chicago, IL 60694**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**7/28/2022**

Last 4 digits of account number
**4708**

Do multiple creditors have an interest in the same property?

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Nak AS200MY**        $130,455.00        Unknown

Describe the lien
**UCC Financing Statement**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 8 | **Mitsubishi HCCA** | | |
|---|---|---|---|

Creditor's Name

**PO Box 71347**
**Chicago, IL 60694**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**Keyence LM-1100 Instant**        $56,674.00        Unknown

Describe the lien
**UCC Financing Statement**

---

Case: 24-51678    Doc# 65    Filed: 12/02/24    Entered: 12/02/24 15:43:09    Page 20 of 71

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

Creditor's email address, if known

■ No

**Date debt was incurred**
**12/2/2022**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**0059**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

■ No

☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

---

| 2.2 9 | **Mitsubishi HCCA** | Describe debtor's property that is subject to a lien | **$325,991.00** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**Nak AS200MY, Serial #KS 206501, KS 206410**

**PO Box 71347**
**Chicago, IL 60694**

Creditor's mailing address

**Describe the lien**
**UCC Financing Statement**

Is the creditor an insider or related party?

■ No

Creditor's email address, if known

☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**
**2022**

■ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

■ No

☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

---

| 2.3 0 | **Old National Equipment Finance** | Describe debtor's property that is subject to a lien | **$411,590.00** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**Makino #6, DA300, Serial #281**

**522 North Cass Avenue**
**Westmont, IL 60559**

Creditor's mailing address

**Describe the lien**
**UCC Financing Statement**

Is the creditor an insider or related party?

■ No

Creditor's email address, if known

☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**
**2022**

■ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.3 1 | **Overton Funding/Delta Capital** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |

Creditor's Name

**2802 North 29th Avenue
Hollywood, FL 33020**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**All assets of the company**

**Describe the lien**
**UCC Financing Statement**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 2 | **Pathway Capital Management** | Describe debtor's property that is subject to a lien | **$197,820.00** | **Unknown** |

Creditor's Name

**18575 Jamboree Rd
Irvine, CA 92612**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**1901**

**Describe debtor's property that is subject to a lien**
**Assets subject to Lease #104319-01**

**Describe the lien**
**UCC Financing Statement**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 3 | **PEAC Solutions** | Describe debtor's property that is subject to a lien | **$57,540.00** | **Unknown** |

Creditor's Name

**PO Box 13604
Philadelphia, PA 19101**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Univeral Robots UR10**

**Describe the lien**
**UCC Financing Statement**

---

Case: 24-51678   Doc# 65   Filed: 12/02/24   Entered: 12/02/24 15:43:09   Page 22 of 71

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**12/31/2020**

**Last 4 digits of account number**
**2003**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.34 | **Regents Bank** | Describe debtor's property that is subject to a lien | $32,697.00 | Unknown |
|------|------------------|------------------------------------------------------|------------|---------|

Creditor's Name

**3200 Bristol Street, Suite 400**
**Costa Mesa, CA 92626**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Keyence LM-1100, NA104601-1-A0001-1**

**Describe the lien**
**UCC Financing Statement**

Is the creditor an insider or related party?

☑ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2022**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.35 | **Santa Clara County Tax Collector** | Describe debtor's property that is subject to a lien | $66,777.00 | Unknown |
|------|--------------------------------------|------------------------------------------------------|------------|---------|

Creditor's Name

**70 W. Hedding St**
**East Wing, 6th Floor**
**San Jose, CA 95113**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Debtor's equipment**

**Describe the lien**
**Personal Property Tax Lien**

Is the creditor an insider or related party?

☑ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.3 6 | **Signature Financial LLC** |
|---|---|

Creditor's Name

**PO Box 71278**
**Philadelphia, PA 19176**

Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**Zeiss Contura 6206, Serial #xxx0434**

**Describe the lien**
**UCC Financing Statement**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**$175,757.00** **Unknown**

**Date debt was incurred**
**2022**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.3 7 | **Stearns Bank** |
|---|---|

Creditor's Name

**500 13th Street**
**Albany, MN 56307**

Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**Cosen Saw C325 ($20,231), Vericut, Esprit
($35,340), Renishaw RMP 400 ($8,189), Esprit
($22,135)**

**Describe the lien**
**UCC Financing Statement**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**$85,897.00** **Unknown**

**Date debt was incurred**
**2022**
**Last 4 digits of account number**
**6002,001,004,005**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.3 8 | **Sumitomo Mitsui** |
|---|---|

Creditor's Name

**PO Box 530023**
**Atlanta, GA 30353**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Star-32JII Lath with Fauc Series 321-B
Controller CNC Amchine Serial #1015
($235,155); Makino #7, DA300, Serial #294
($568,244)**

**Describe the lien**

**$803,399.00** **Unknown**

Case: 24-51678    Doc# 65    Filed: 12/02/24    Entered: 12/02/24 15:43:09    Page 24 of 71

**UCC Financing Statement**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

**2022**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.39 | **Summit** | **Describe debtor's property that is subject to a lien** | **$367,402.00** | **Unknown** |

Creditor's Name

MX-330 Matsura; Finecut WMC 500 II ($7,138); Axis Type ABX (360,263)

**PO Box 402**
**Middletown, OH 45042**

Creditor's mailing address

**Describe the lien**

**UCC Financing Statement**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

**12/13/2022**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**6001,002**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.40 | **Toyota Motor Credit** | **Describe debtor's property that is subject to a lien** | **$28,605.00** | **Unknown** |

Creditor's Name

Forklift Model 50-8FGCU32, Serial #10908

**Toyota Financial Services**
**PO Box 8026**
**Cedar Rapids, IA 52408**

Creditor's mailing address

**Describe the lien**

**UCC Financing Statement**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

**2022**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Case: 24-51678    Doc# 65    Filed: 12/02/24    Entered: 12/02/24 15:43:09    Page 25 of 71

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 1 | **U.S. Small Business Administration** |
|---|---|

Creditor's Name

**Office of Processing and Disbursement**
**14925 Kingsport Rd**
**Fort Worth, TX 76155**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**05/06/2020**
**Last 4 digits of account number**
**7409**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien              **$1,979,751.00**          **Unknown**
**All assets of the company**

Describe the lien
**UCC Financing Statement**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 2 | **UFS West** |
|---|---|

Creditor's Name

**University Road, Park West**
**Bloemfonten, 9301**
**South Africa**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien              **$6,956.00**          **Unknown**
**All assets of the company**

Describe the lien
**UCC Financing Statement**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 3 | **Vision Financial Group (Civista Bank)** |
|---|---|

Describe debtor's property that is subject to a lien              **$560,286.00**          **Unknown**

---

Creditor's Name

**615 Iron City Dr.
Pittsburgh, PA 15205**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
2022**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

☑ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Comparator VFG, #358201-01 Inpsection
Equip.($154,271); Zeiss Comparatar
($216,941) and Leasehold Improvements
($189,072)**

**Describe the lien
UCC Financing Statement**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 4 | | | | |

**Web Funder**

Creditor's Name

**1885 Mission Street
San Francisco, CA 94115**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

☑ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien
All assets of the company**

**$119,000.00**      **Unknown**

**Describe the lien
UCC Financing Statement**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.4 5 | | | | |

**Wells Fargo Bank**

Creditor's Name

**Attn: Bankruptcy
PO Box 6429
Greenville, SC 29606**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
2022**

**Describe debtor's property that is subject to a lien
3 RS55N Air Compressor and Dryer ($96,002)
and Makino #3 DA300, Serial #276 ($478,730)**

**$574,732.00**      **Unknown**

**Describe the lien
UCC Financing Statement**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Case: 24-51678   Doc# 65   Filed: 12/02/24   Entered: 12/02/24 15:43:09   Page 27 of 71

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | **$12,912,928.00** |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Case: 24-51678    Doc# 65    Filed: 12/02/24    Entered: 12/02/24 15:43:09    Page 28 of 71

**Fill in this information to identify the case:**

Debtor name    **Precision Swiss Products, Inc**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)    **24-51678**

☐ Check if this is an
     amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Brunswick County Revenue**<br>**PO Box 29**<br>**Bolivia, NC 28422** | **$14,635.00** | **Unknown** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address<br>**California Dept of Tax and Fee**<br>**Admin**<br>**Acct Information Group MIC 29**<br>**P. O. Box 942879**<br>**Sacramento, CA 94279-0029** | **$143,155.00** | **$143,155.00** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales Tax**

Last 4 digits of account number **9907**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Case: 24-51678    Doc# 65    Filed: 12/02/24    Entered: 12/02/24 15:43:09    Page 29 of
71

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,695.00 | Unknown |
|---|---|---|---|---|

**Employment Development Dept**
**MIC 92E**
**PO Box 826880**
**Sacramento, CA 94280-0001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number **8089**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,143,155.00 | Unknown |
|---|---|---|---|---|

**Internal Revenue Service**
**Special Procedures Branch**
**Bankruptcy Section/Mail Code**
**1400S**
**1301 Clay St.**
**Oakland, CA 94612-5210**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2022,2023**

Basis for the claim:
**940 and 941**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**North Carolina Dept of Revenue**
**PO Box 871**
**Raleigh, NC 27602**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number **3321**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $66,576.00 | Unknown |
|---|---|---|---|---|

**Santa Clara County Tax Collector**
**70 W. Hedding St**
**East Wing, 6th Floor**
**San Jose, CA 95113**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2342**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Case: 24-51678   Doc# 65   Filed: 12/02/24   Entered: 12/02/24 15:43:09   Page 30 of 71

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,597.00 | $1,597.00 |
|---|---|---|---|---|

**Santa Clara Cty Dept Enviromental Health**
**1555 Berger Dr. #300**
**San Jose, CA 95112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7594**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | **Amount of claim** |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**A & S Enterprises**
**549 Garcia Ave., Suite C**
**Pittsburg, CA 94565**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Litigation Claims**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36,500.00 |
|---|---|---|---|

**A.M Castle & Compnay**
**4384 Tiamo Way**
**Stockton, CA 95206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,249.00 |
|---|---|---|---|

**Advanced Grinding**
**812 49th Avenue**
**Oakland, CA 94601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,597.00 |
|---|---|---|---|

**Advanced Paper Systems**
**499 Parrott Street**
**San Jose, CA 95112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,281.00 |
|---|---|---|---|

**AFI Alternatives for Industry**
**6720 28th Ave**
**Sarasota, FL 34243**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,450.00** |
|---|---|---|---|

**Airhardware**
12675 Encintas Ave.
Sylmar, CA 91342

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Alan and Sally Hammond Family Trust**
549 Garcia Ave., Suite C
Pittsburg, CA 94565

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation Claims**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Allan Hammond**
549 Garcia Ave., Suite C
Pittsburg, CA 94565

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation Claims**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Allan Swicegood**
**American Armament**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Commissions**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$150,000.00** |
|---|---|---|---|

**American Express**
c/o Becket & Lee
PO Box 3001
Malvern, PA 19355

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2014**

Basis for the claim:  **Credit card purchases**

Last 4 digits of account number  **3004**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,092.00** |
|---|---|---|---|

**ASC Industrial Air Filtration**
15 North Washington St.
Plainville, CT 06062

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,415.00** |
|---|---|---|---|

**AT&T**
Attn: Bankruptcy
4331 Communications Dr
Floor 4W
Dallas, TX 75211

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 24-51678   Doc# 65   Filed: 12/02/24   Entered: 12/02/24 15:43:09   Page 32 of 71

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $975.00 |
|---|---|---|---|

**Atlantic Coast Toyotalift**
PO Box B
High Point, NC 27261

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,947.00 |
|---|---|---|---|

**Baker Air & Hydraulics, Inc.**
1308 Miller Road
Greenville, SC 29607

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,499.00 |
|---|---|---|---|

**Bertelkamp Automation, Inc.**
PO Box 11488
Knoxville, TN 37939

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $101,521.00 |
|---|---|---|---|

**Brian & Susan Mecca**
1073 Hetfirld Avenue
Scotch Plains, NJ 07076

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Shareholder Loan__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,789.00 |
|---|---|---|---|

**Butler Bros. Industrial Supplier**
PO Box 1375
Lewiston, ME 04243

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $529,899.00 |
|---|---|---|---|

**C. Dillon**
385 El Portal Avenue
San Mateo, CA 94402

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $700.00 |
|---|---|---|---|

**Celestica Critical Clean**
2265 Calle Del Mundo
Santa Clara, CA 95054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$70,000.00** |
|---|---|---|---|

**Chad & Debra Yaw**
**876 Makatoka Rd NW**
**Supply, NC 28462**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Shareholder Loan**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,786.00** |
|---|---|---|---|

**Chemical Data Management**
**10230 Freeman Ave.**
**Santa Fe Springs, CA 90670**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,396.00** |
|---|---|---|---|

**Cisco Air System**
**6337 W. Caron St.**
**Glendale, AZ 85302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**CIT Bank**
**10201 Centurion Parkway North**
**Jacksonville, FL 32256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09/05/2019**

Last 4 digits of account number  **1806,6001**

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,650.00** |
|---|---|---|---|

**Clancy Machine Tool**
**3055 Osgood Cot**
**Fremont, CA 94539**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,124.00** |
|---|---|---|---|

**Continental Heat Treating**
**10643 S. Norwalk Blvd.**
**Santa Fe Springs, CA 90670**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,124.00** |
|---|---|---|---|

**Culligan NC**
**1361 S. Allec Street**
**Wilmington, NC 28401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $137,758.00 |
|---|---|---|---|

**David Bluhm**
**4289 Piedmont Ave. #207**
**Oakland, CA 94611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Sharholder Loan**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $297,249.00 |
|---|---|---|---|

**De Lage Landen**
**c/o Advanced Recovery Systems**
**PO Box 80766**
**Valley Forge, PA 19484**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **0280**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $555,108.00 |
|---|---|---|---|

**DEG Components, Inc.**
**2351 Sunset Blvd. Ste 170**
**Rocklin, CA 95765**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Shareholder Loan**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,355.00 |
|---|---|---|---|

**Department of Industrial Relations**
**Division of Administration**
**PO Box 420603**
**San Francisco, CA 94142-0603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05/26/2023**

Last 4 digits of account number  **7035**

Basis for the claim:  **Penalties**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $371,231.00 |
|---|---|---|---|

**Dillon Family Trust**
**385 El Portal Avenue**
**San Mateo, CA 94402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Shareholder Loan**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,007.00 |
|---|---|---|---|

**DLL Group**
**Vestdijk 51**
**5611 CA Eindhoven**
**The Netherlands**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,765.00 |
|---|---|---|---|

**DMG Mori Seiki USA**
**2400 Hamilton Blvd.**
**Hoffman Estates, IL 60192**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29,700.00** |
|---|---|---|---|

**Drake Plastics Ltd., Co.**
**14869 Grant Road**
**Cypress, TX 77429**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Duke Energy**
**525 South Tyron Street**
**Charlotte, NC 28202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Electric Bill**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,844.00** |
|---|---|---|---|

**East Coast Metal Treating, Inc.**
**1117 Capital Blvd.**
**Raleigh, NC 27603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$475.00** |
|---|---|---|---|

**Engineered Components & PKG**
**164 Bent Oak Trail, #100**
**Fairport, NY 14450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$508,450.00** |
|---|---|---|---|

**Eric & Shannon Huston**
**210 Long Point Road**
**  MD 21932**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Shareholder Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,619.00** |
|---|---|---|---|

**Eriez**
**278 Black River Rd**
**Fletcher, NC 28732**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,384.00** |
|---|---|---|---|

**Extreme Bolt and Fastener**
**280 E. Main St., Suite 107**
**Newark, DE 19711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$1,350.00** |
|---|---|---|---|

**FedEx**
PO Box 7221
Pasadena, CA 91109

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$10,470.00** |
|---|---|---|---|

**Finecut**
Rinnavagen 6, SE-517 33
Bollebygd
Sweden

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$3,852.00** |
|---|---|---|---|

**Finepart**
Rinnavagen 6, SE-517 33
Bollebygd
Sweden

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$749.00** |
|---|---|---|---|

**Four-D**
1065 Memorex Drive
Santa Clara, CA 95050

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$50,000.00** |
|---|---|---|---|

**Fred Ordway**
2719 Pamela Place
Minden, NV 89423

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Shareholder Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$878.00** |
|---|---|---|---|

**General Logistics Systems, Inc.**
PO Box 31990
Stockton, CA 95213

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$202,577.00** |
|---|---|---|---|

**Geomax**
3460 Edward Avenue
Santa Clara, CA 95054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 24-51678    Doc# 65    Filed: 12/02/24    Entered: 12/02/24 15:43:09    Page 37 of
71

| | Name |
|---|---|

**3.48** | **Nonpriority creditor's name and mailing address**
**GFL Enviroment**
**PO Box 791519**
**Santa Clara, CA 95054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$2,205.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.49** | **Nonpriority creditor's name and mailing address**
**Global Shop**
**PO Box 840929**
**Dallas, TX 75284**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$43,480.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.50** | **Nonpriority creditor's name and mailing address**
**Gosiger**
**Po Box 712288**
**Cincinnati, OH 45271**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$26,476.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.51** | **Nonpriority creditor's name and mailing address**
**Gosiger HV**
**108 McDonough St**
**Dayton, OH 45402**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$4,427.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.52** | **Nonpriority creditor's name and mailing address**
**Haulistic**
**2748 Cavanagh Court**
**Hayward, CA 94545**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$2,047.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.53** | **Nonpriority creditor's name and mailing address**
**Hexagon**
**Lockbox #771742**
**1742 Solutions Center**
**Chicago, IL 60677**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$54,296.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.54** | **Nonpriority creditor's name and mailing address**
**Hixson Metal Finishing**
**829 Production Place**
**Newport Beach, CA 92663**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$16,962.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Home Depot Credit Services**
**Citibank USA**
**Attn Bankruptcy**
**PO Box 20507**
**Kansas City, MO 64195**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Credit card purchases**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,100.00** |
|---|---|---|---|

**HS&S Inc.**
**2185 Ronald St.**
**Santa Clara, CA 95050**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,918.00** |
|---|---|---|---|

**HUB Metals and Trading**
**1141 South Acacia Ave**
**Fullerton, CA 92831**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,840.00** |
|---|---|---|---|

**Hytron Manufacturing**
**15582 Chemical Lane**
**Huntington Beach, CA 91649**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Inficon**
**70 Bridge Street**
** MA 02580**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,081.00** |
|---|---|---|---|

**Infortech**
**3080 Olcott St., Suite C135**
**Santa Clara, CA 95054**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,424.00** |
|---|---|---|---|

**Ingersoll Rand**
**3811 Suite 300 Internations Blvd.**
**Leland, NC 28451**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,546.00** |
|---|---|---|---|

**Insight Software Solutions**
**1227 Belknap Ct.**
**Cupertino, CA 95014**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$300,296.00** |
|---|---|---|---|

**International Commerce Center I, LLC**
**c/Cameron Management**
**Wilmington, NC 28401**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: __Past Due Rent__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$300,000.00** |
|---|---|---|---|

**International Commerce Center I, LLC**
**c/Cameron Management**
**1201 Glen Meade Road**
**Wilmington, NC 28401**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: __Rent__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,743.00** |
|---|---|---|---|

**Interstate Plastics**
**2065 Williams Street**
**San Leandro, CA 94577**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$46,434.00** |
|---|---|---|---|

**IPI Plastics, Inc.**
**1259 Birchwood Road**
**Sunnyvale, CA 94089**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,969.00** |
|---|---|---|---|

**J&M Executive Leasing**
**PO Box 5066**
**Hartford, CT 06102**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$41,682.00** |
|---|---|---|---|

**Job Squad**
**c/o DSS Holdings LLC**
**PO Box 10483**
**Fort Wayne, IN 46852**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

Case: 24-51678    Doc# 65    Filed: 12/02/24    Entered: 12/02/24 15:43:09    Page 40 of
71

| | | |
|---|---|---|
| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    **$250.00** |

**Jurva Leak**
**14485 Annapolis Land, N**
**Dayton, MN 55327**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    **$9,676.00** |

**Key Bellevilles**
**100 Key Lane**
**Leechburg, PA 15656**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    **$18,898.00** |

**KMK Ventures PVT LTD**
**453 Spring Street, Suite 400**
**Los Angeles, CA 90013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    **$1,000.00** |

**Luke Engineering & Anodizing Co, Inc.**
**456 South Blvd.**
**Wadsworth, OH 44281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    **$7,170.00** |

**MacAllister and Associates**
**80 Front Street**
**Newburyport, MA 01950**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    **$22,007.00** |

**Machine Metrics**
**116 Pleasant Street, #332**
**Easthampton, MA 01027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    **Unknown** |

**Makino, Inc.**
**680 Innovation Way**
**Mason, OH 45040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 24-51678   Doc# 65   Filed: 12/02/24   Entered: 12/02/24 15:43:09   Page 41 of 71

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,293.00 |
| --- | --- | --- | --- |

**Marlin Leasing Corporation dba PEAC**
**300 Fellowship Road**
**Mount Laurel, NJ 08054**

Date(s) debt was incurred _

Last 4 digits of account number  **2003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |

**Marriot Visa**
**P.O. Box 15298**
**Wilmington, DE 19850**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit card purchases**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $56,819.00 |
| --- | --- | --- | --- |

**Matt Rodriguez**
**4254 Kingston Ct.**
**Southport, NC 28461**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shareholder Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |

**Melissa Kozar**
**372 Fleming Avenue**
**San Jose, CA 95127**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Wages**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,184.00 |
| --- | --- | --- | --- |

**Methods  Machine**
**65 Union Street**
**Sudbury, MA 01776**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,017.00 |
| --- | --- | --- | --- |

**Micro Surface Corporation**
**PO Box 788**
**Morris, IL 60450**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |

**Microsurface Corporation-CA**
**270 Hillsdale Ave.**
**San Jose, CA 95136**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 24-51678   Doc# 65   Filed: 12/02/24   Entered: 12/02/24 15:43:09   Page 42 of 71

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$288,000.00** |
|---|---|---|---|

**MSC Industrial Supply Co.**
**3848 Bay Center Place**
**Hayward, CA 94545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,109.00** |
|---|---|---|---|

**MSI Viking**
**321 Tucapau Rd.**
**Duncan, SC 29334**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Nate Brubaker**
**Galser-Miller Company**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Commissions__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,863.00** |
|---|---|---|---|

**Next Generation Metals Inc.**
**7025 Beracasa Way**
**Boca Raton, FL 33433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$601,500.00** |
|---|---|---|---|

**Night Hawk Technologies, Inc.**
**1709 Knollfield Way**
**Encinitas, CA 92024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Shareholder Loan__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Norbert Kozar**
**372 Fleming Avenue**
**San Jose, CA 95127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Unpaid Wages__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Old National Equipment Finance**
**8750 W. Bryn Mawr Ave, Suite 1300**
**Chicago, IL 60631**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Potential Deficiency__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,500.00 |
|---|---|---|---|

**OSHA**
**144 Commercial Street**
**Sunnyvale, CA 94086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $97,678.00 |
|---|---|---|---|

**Pacific Gas & Electric**
**PO Box 997300**
**Sacramento, CA 95899-7300**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,238.00 |
|---|---|---|---|

**Paypal**
**2211 N.1st Street**
**San Jose, CA 95131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit card purchases**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**PBY Plastics**
**2571 Lindsay Privado**
**Ontario, CA 91761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PG & E**
**P.O. Box 99730**
**Sacramento, CA 95899**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Electric Bill**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,655.00 |
|---|---|---|---|

**Polymershapes**
**540 Civic Blvd., Suite 175**
**Raleigh, NC 27610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,750.00 |
|---|---|---|---|

**Port City Training**
**52 Century Rd**
**Hallsboro, NC 28442**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,126.00** |
|---|---|---|---|

**Precision Tool Distributed**
**46613 Fremont Blvd**
**Fremont, CA 94389**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,002.00** |
|---|---|---|---|

**Productivity Quality Inc.**
**15150 25th Ave N, Ste 200**
**Minneapolis, MN 55447**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,674.00** |
|---|---|---|---|

**Protolabs, Inc.**
**5540 Pioneer Creek Drive**
**Maple Plain, MN 55359**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,544.00** |
|---|---|---|---|

**Quality Metal Finishing Corp.**
**80 George Street**
**Paterson, NJ 07503**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,057.00** |
|---|---|---|---|

**Quench**
**PO Box 735777**
**Dallas, TX 75373**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,135.00** |
|---|---|---|---|

**Quench USA**
**PO Box 735777**
**Dallas, TX 75373**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17,549.00** |
|---|---|---|---|

**Randstad**
**PO Box 894217**
**Los Angeles, CA 90189**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $188,373.00 |
|---|---|---|---|

**Richard Chatelan**
**20132 Bayview Avenue**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Shareholder Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,014.00 |
|---|---|---|---|

**Rimco**
**315 Colonial Drive**
**Horseheads, NY 14845**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,024.00 |
|---|---|---|---|

**Rolled Alloys**
**4942 Rosecrans Avenue**
**Hawthorne, CA 90250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,426.00 |
|---|---|---|---|

**Sandmeyer Steel Company**
**One Sandmeyer Lane**
**Philadelphia, PA 19116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,635.00 |
|---|---|---|---|

**Scientific Platers**
**9809 Kitty Lane**
**Oakland, CA 94603**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,636.00 |
|---|---|---|---|

**Scientific Platers (SCI)**
**9809 Kitty Lane**
**Oakland, CA 94603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Scott MacAllister**
**Supplier Executive**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Commissions**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 24-51678   Doc# 65   Filed: 12/02/24   Entered: 12/02/24 15:43:09   Page 46 of 71

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,034.00 |
|---|---|---|---|

**Selway**
**29250 Union City Blvd.**
**Union City, CA 94587**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Siemens Financial Services, Inc**
**PO Box 2083**
**Carol Stream, IL 60132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Equipment Lease**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,836.00 |
|---|---|---|---|

**Simco Electronics**
**1178 Bordeaux Drive**
**Sunnyvale, CA 94089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,840.00 |
|---|---|---|---|

**Solon Manufacturing Company, Inc.**
**425 Center Street**
**Chardon, OH 44024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,411.00 |
|---|---|---|---|

**Special Proj-X LLC**
**615 MacDonald Dr.**
**Wilmington, NC 28403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,298.00 |
|---|---|---|---|

**Spinette Machinery**
**5475 Louie Lane, Ste. C**
**Rocklin, CA 89511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,854.00 |
|---|---|---|---|

**Star CNC Machine Tool Corp**
**123 Powerhouse Road**
**PO Box 9**
**Roslyn Heights, NY 11577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.118** | Nonpriority creditor's name and mailing address | | $0.00

**Stephen Dillon**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Unpaid Wages**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.119** | Nonpriority creditor's name and mailing address | | $5,854.00

**Sullivan Steel Services**
**85 Route 31 North**
**Pennington, NJ 08534**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.120** | Nonpriority creditor's name and mailing address | | $4,145.00

**Superior Joining Technologies**
**1260 Turret Dr.**
**Machesney Park, IL 61115**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.121** | Nonpriority creditor's name and mailing address | | $8,256.00

**Supra Alloys Inc.**
**PO Box 85318**
**Chicago, IL 60689**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.122** | Nonpriority creditor's name and mailing address | | $26,672.00

**Swaglok**
**3393 West Warren Ave.**
**Fremont, CA 94538**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.123** | Nonpriority creditor's name and mailing address | | $1,720.00

**T&H Manufacturing Inc.**
**18430 Sutter Blvd**
**Morgan Hill, CA 95037**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.124** | Nonpriority creditor's name and mailing address | | $3,384.00

**TCI aluminum**
**2353 Davis Ave.**
**Hayward, CA 94545**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 24-51678   Doc# 65   Filed: 12/02/24   Entered: 12/02/24 15:43:09   Page 48 of 71

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$435.00** |
|---|---|---|---|

**Techmetals Incorporated**
**345 Springfield Street**
**Dayton, OH 45403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$218,351.00** |
|---|---|---|---|

**The Cameron Group**
**5683 Queen Anne Drive**
**Santa Rosa, CA 95409**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$4,200.00** |
|---|---|---|---|

**Tool Technologt Dist. Inc.**
**3110 Osgood Court**
**Fremont, CA 94539**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$7,235.00** |
|---|---|---|---|

**Total Quality Maintenance, Inc.**
**895 Commercial Street**
**Palo Alto, CA 94303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$293.00** |
|---|---|---|---|

**Transchem Coatings**
**1811 S. Hope Street**
**Los Angeles, CA 90015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$18,099.00** |
|---|---|---|---|

**Tri County Alarm System**
**PO Box 11435**
**Wilmington, NC 28404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$3,246.00** |
|---|---|---|---|

**TTC North America LLC**
**PO Box 199254**
**Indianapolis, IN 46219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,246.00 |
|---|---|---|---|

**Unifirst Corporation**
PO Box 650481
Dallas, TX 75265

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,909.00 |
|---|---|---|---|

**Universal Metal Marking Co.**
14053 Orange Ave
Paramount, CA 90723

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,879.00 |
|---|---|---|---|

**Utility Management Services, Inc.**
PO Box 890134
Charlotte, NC 28289

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,942,010.00 |
|---|---|---|---|

**Visio Investment Group, LLC**
1951 Avenida Joaquin
Encinitas, CA 92024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Shareholder Loans**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75,921.00 |
|---|---|---|---|

**X3 Dynamic Machining**
1307 Fulton Place
Fremont, CA 94539

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $297,757.00 |
|---|---|---|---|

**Xact Wire EDM Corporation**
N8W22399 Johnson Drive
Waukesha, WI 53186

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,716.00 |
|---|---|---|---|

**Zeiss**
6250 Sycamore Lane North
Osseo, MN 55369

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Andrew McVey**<br>**Murchison, Taylor and Gibson, PLLC**<br>**Wilmington, NC 28401** | Line **3.63**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Brian Gipson**<br>**217 N. Jefferson Street**<br>**Suite 601**<br>**Chicago, IL 60661** | Line **3.89**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Gaba Law**<br>**25 Mauchly Street, Ste 300**<br>**Irvine, CA 92618** | Line **3.107**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **MRS BPO LLC**<br>**1930 Olney Ave**<br>**Cherry Hill, NJ 08003** | Line **3.92**<br>☐ Not listed. Explain ____ | **8493** |
| 4.5 | **Teresa Nguyen**<br>**2114 Senter Road, Ste 5**<br>**San Jose, CA 95112** | Line **3.136**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Todd Ritschdorff**<br>**3 Winners Circle, Suite 306**<br>**Albany, NY 12205** | Line **3.112**<br>☐ Not listed. Explain ____ | **1632** |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ **1,379,813.00** |
| 5b. Total claims from Part 2 | 5b. + | $ **8,299,144.00** |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ **9,678,957.00** |

Case: 24-51678    Doc# 65    Filed: 12/02/24    Entered: 12/02/24 15:43:09    Page 51 of 71

Fill in this information to identify the case:

Debtor name **Precision Swiss Products, Inc**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) **24-51678**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Group Dental** |
| State the term remaining | |
| List the contract number of any government contract | **Amerita**<br>**PO Box 82657**<br>**WY 82657** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease-Nomura NN 32VBK2 CNC Swiss Turning Center** |
| State the term remaining | |
| List the contract number of any government contract | **Engs Commercial Finance**<br>**PO Box 128**<br>**Itasca, IL 60143** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease-1911 Tarob Court, Milpitas, California with Amendments Terminates April 2025** |
| State the term remaining | |
| List the contract number of any government contract | **Geo Max**<br>**3460 Edward Avenue**<br>**Santa Clara, CA 95054** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease for 3811 International Blvd. NE, Leland, North Carolina** |
| State the term remaining | **8 years** |
| List the contract number of any government contract | **International Commerce Center I, LLC**<br>**c/Cameron Management**<br>**1201 Glen Meade Road**<br>**Wilmington, NC 28401** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest — **Group Health Benefits Plan-Silver and Bronze**

State the term remaining

List the contract number of any government contract

**Kaiser Foundation Health Plan
File #5915
Los Angeles, CA 90074**

---

**2.6.** State what the contract or lease is for and the nature of the debtor's interest — **Inventory Stocking Agreement**

State the term remaining — **N/A**

List the contract number of any government contract

**Lam Research Corporation
4650 Cushing Parkway
Fremont, CA 94538**

---

**2.7.** State what the contract or lease is for and the nature of the debtor's interest — **Employee Assistance Program, Long and Short Term Disability Insurance**

State the term remaining

List the contract number of any government contract

**Met Life
200 Park Avenue
New York, NY 10166**

---

**2.8.** State what the contract or lease is for and the nature of the debtor's interest — **Health Reimbursement Plan**

State the term remaining

List the contract number of any government contract

**Navia Benefits
PO Box 53250
Bellevue, WA 98015**

---

**2.9.** State what the contract or lease is for and the nature of the debtor's interest — **PPO Plan**

State the term remaining

List the contract number of any government contract

**United Health Care
PO Box 30769
Salt Lake City, UT 84130**

---

Case: 24-51678   Doc# 65   Filed: 12/02/24   Entered: 12/02/24 15:43:09   Page 53 of 71

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | **Melissa Kozar** | **372 Fleming Avenue**<br>**San Jose, CA 95127** | **Old National Equipment Finance** | ☐ D _____<br>■ E/F __3.89__<br>☐ G _____ |
| 2.2 | **Norbert Kozar** | **372 Fleming Avenue**<br>**San Jose, CA 95127** | **American Express** | ☐ D _____<br>■ E/F __3.10__<br>☐ G _____ |
| 2.3 | **Norbert Kozar** | **372 Fleming Avenue**<br>**San Jose, CA 95127** | **Home Depot Credit Services** | ☐ D _____<br>■ E/F __3.55__<br>☐ G _____ |
| 2.4 | **Norbert Kozar** | **372 Fleming Avenue**<br>**San Jose, CA 95127** | **Marriot Visa** | ☐ D _____<br>■ E/F __3.77__<br>☐ G _____ |
| 2.5 | **Stephen Dillon** | **385 El Portal Avenue**<br>**San Mateo, CA 94402** | **Old National Equipment Finance** | ☐ D _____<br>■ E/F __3.89__<br>☐ G _____ |

Case: 24-51678   Doc# 65   Filed: 12/02/24   Entered: 12/02/24 15:43:09   Page 54 of 71

Debtor **Precision Swiss Products, Inc**   Case number *(if known)* **24-51678**

| | |
|---|---|
| ■ | **Additional Page to List More Codebtors** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** |
|---|---|

2.6   **Melissa Kozar**   **372 Fleming Avenue**
**San Jose, CA 95127**

**International Commerce Center I, LLC**

☐ D  _____
☐ E/F  _____
■ G  __2.4__

Fill in this information to identify the case:

Debtor name **Precision Swiss Products, Inc**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) **24-51678**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** From **1/01/2024** to **Filing Date** | ☐ Operating a business ■ Other **Gross Receipts-Business** | **$7,680,604.00** |
   | **For prior year:** From **1/01/2023** to **12/31/2023** | ☐ Operating a business ■ Other **Gross Receipts-Business** | **$17,007,399.00** |
   | **For year before that:** From **1/01/2022** to **12/31/2022** | ☐ Operating a business ■ Other **Gross Receipts-Business** | **$17,000,000.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|
   | | | |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
   |---|---|---|---|
   | | | | |

Case: 24-51678    Doc# 65    Filed: 12/02/24    Entered: 12/02/24 15:43:09    Page 56 of 71

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.  **See Attached Exhibit A** | **see attachment for amounts and dates paid** | **$0.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **Melissa Kozar**<br>**372 Fleming Avenue**<br>**San Jose, CA 95127**<br>**CFO** | **12/2023-10/2024** | **$217,660.00** | **Salary** |
| 4.2.  **Norbert Kozar**<br>**372 Fleming Avenue**<br>**San Jose, CA 95127**<br>**CEO** | **12/2023-10/2024** | **$36,226.00** | **Salary** |
| 4.3.  **Stephen Dillon**<br>**385 El Portal Avenue**<br>**San Mateo, CA 94402**<br>**Officer** | **12/2023-10/2024** | **$144,570.00** | **Salary** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**  **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

Case: 24-51678   Doc# 65   Filed: 12/02/24   Entered: 12/02/24 15:43:09   Page 57 of 71

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Alan Hammond, et al v. Hammond Enterprises**<br>**23CV416289** | **Claims for Alter Ego** | **Santa Clara Superior Court**<br>**191 N. First Street**<br>**San Jose, CA 95113** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **International Commerce Center 1, LLC v. Precision Swiss Products**<br>**24CVM 897** | **Breach of Commercial Lease** | **Brunswick County District Court**<br>**NC** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Sandmeyer Steel v. Precision Swiss Products**<br>**24C440813** | **Collections** | **Santa Clara Superior Court**<br>**San Jose, CA** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **X3 Dynamic Machining v Precisions Swiss Products**<br>**24CV444947** | **Collections** | **Santa Clara Superior Court**<br>**San Jose, CA** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Midlands State Bank v. Precision Swiss Products**<br>**24CV447684** | **Collections** | **Santa Clara County Superior Court**<br>**San Jose, CA** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **Signature Financing LLC v. Precision Swiss Products**<br>**24CV443118** | **Collections** | **Santa Clara County Superior Court**<br>**San Jose, CA 95113** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **Old National Equipment Finance v. Precision Swiss Products, et al**<br>**2024CA000604** | **Collections** | **Illinois Cir Ct.18th Judicial Circuit**<br>**Wheaton, IL 60187** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | **Highland Capital v. Precision Swiss Products** | **Collections** | **Illinois Circuit Court** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | **Highland Capital Corporation v. Precision Swiss Products**<br>**PAS L-1279-24** | **Collections** | **New Jersey Sup. Court, Passaini**<br>**Paterson, NJ 07505** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10. | **First Citizen Bank v. Precision Swiss Products**<br>**24CV44085** | **Collections** | **Santa Clara County Superior Court**<br>**San Jose, CA 95113** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11. | **Mitsubishi HCCA v. Precision Swiss Products**<br>**24CV448997,448998,44899** | **Collections** | **Santa Clara Superior Court**<br>**San Jose, CA 95113** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12. | **Summit v. Precision Swiss Products**<br>**24CV431437** | **Collections** | **Santa Clara Superior Court**<br>**San Jose, CA 95113** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.13. | **Sumitomo Mitsui v. Precision Swiss Products**<br>**24 CVS 1179** | **Collections** | **Brunswick County Court**<br>**Bolivia, NC 28422** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

**9.** **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Kornfield Nyberg Bendes Kuhner & Little<br>1970 Broadway, Suite 600<br>Oakland, CA 94612** | | **10/30/2024-$27,017 (fees)<br>10/31/2024-$1,785 (filing fee)** | **$28,802.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

Case: 24-51678    Doc# 65    Filed: 12/02/24    Entered: 12/02/24 15:43:09    Page 60 of 71

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

Case: 24-51678   Doc# 65   Filed: 12/02/24   Entered: 12/02/24 15:43:09   Page 61 of 71

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
|  |  |  |  |

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
|  |  | **Dates business existed** |
| 25.1.   **Columbia Inland Corporation** | **Manufacture Vehicles for Special Needs Children** | **EIN:**<br><br>**From-To** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Sensiba San Filipo LLP**<br>**5960 Inglewood Dr., Suite 201**<br>**Pleasanton, CA 94588** |  |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Sensiba San Filipo LLp**<br>**5960 Inglewood Dr., Suite 201**<br>**Pleasanton, CA 94588** |  |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
|  |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐   No
■   Yes. Give the details about the two most recent inventories.

|  | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **In house employees** | **yearly** | |

| Name and address of the person who has possession of inventory records |
|---|
| **Precision Swiss Products**<br>**1911 Tarob Court**<br>**Milpitas, CA 95035** |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Melissa Kozar** | **372 Fleming Avenue**<br>**San Jose, CA 95127** | **Officer** | **17** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Norbert Kozar** | **372 Fleming Avenue**<br>**San Jose, CA 95127** | **President** | **12** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Stephen Dillon** | **385 El Portal Avenue**<br>**San Mateo, CA 94402** | **Shareholder** | **15 through the Dillon Family Trust** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Melissa Kozar**<br>**372 Fleming Avenue**<br>**San Jose, CA 95127** | **$217,660** | **12/26/2023 to 10/10/2024** | **Salary** |
| | Relationship to debtor<br>**Officer** | | | |
| 30.2. | **Norbert Kozar**<br>**372 Fleming Avenue**<br>**San Jose, CA 95127** | **$36,226** | **12/26/2023 to 10/10/2024** | **Salary** |
| | Relationship to debtor<br>**President** | | | |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.3. **Stephen Dillon**<br>**385 El Portal avenue**<br>**San Mateo, CA 94402** | **$144,570** | **12/26/2023 to 10/10/2024** | **Salary** |
| **Relationship to debtor**<br>**Shareholder** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
■ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| **Precision Swiss Products, Inc. 401k Profit Sharing Plan and Trust** | **EIN:     011006401** |

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **12/02/2024**

**/s/ Norbert Kozar**                                      **Norbert Kozar**
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

Exhibit A to Statement of Financial Affairs-Question 3.

# Checkbook Register

## Precision Swiss Products, Inc.

**Date:** 10/24/24

For Bank Code:  HERIT: 2ND

**Time:** 03:28:39 pm

Transactions Dated 07/24/24 through 10/24/24

| Day | Date | Check No | Transaction | Amount | Balance |
|-----|------|----------|-------------|-------:|--------:|
| | 07/24/24 | | Opening Balance | -$5,368.62 | -$5,368.62 |
| WED | 07/24/24 | | | $7,000.00 | $1,631.38 |
| WED | 07/24/24 | | Alpha Equity Loan Pmt; ALPHA E | -$6,458.33 | -$4,826.95 |
| THU | 07/25/24 | | | $6,000.00 | $1,173.05 |
| THU | 07/25/24 | | Alpha Equity Loan Pmt; ALPHA E | -$6,458.33 | -$5,285.28 |
| FRI | 07/26/24 | | | $6,000.00 | $714.72 |
| FRI | 07/26/24 | | Alpha Equity Loan Pmt; ALPHA E | -$6,458.33 | -$5,743.61 |
| MON | 07/29/24 | | | $6,000.00 | $256.39 |
| MON | 07/29/24 | | Alpha Equity Loan Pmt; ALPHA E | -$6,458.33 | -$6,201.94 |
| TUE | 07/30/24 | | | $6,500.00 | $298.06 |
| TUE | 07/30/24 | | Alpha Equity Loan Pmt; ALPHA E | -$6,458.33 | -$6,160.27 |
| WED | 07/31/24 | | | $7,000.00 | $839.73 |
| WED | 07/31/24 | | Alpha Equity Loan Pmt; ALPHA E | -$6,458.33 | -$5,618.60 |
| THU | 08/01/24 | | Inter-account transfer Heritag | $6,000.00 | $381.40 |
| THU | 08/01/24 | | Alpha Equity Loan Pmt; ALPHA E | -$6,458.33 | -$6,076.93 |
| FRI | 08/02/24 | | Inter-account transfer Heritag | $7,000.00 | $923.07 |
| FRI | 08/02/24 | | Alpha Equity Loan Pmt; ALPHA E | -$6,458.33 | -$5,535.26 |
| MON | 08/05/24 | | Inter-account transfer Heritag | $6,000.00 | $464.74 |
| MON | 08/05/24 | | Alpha Equity Loan Pmt; ALPHA E | -$6,458.33 | -$5,993.59 |
| TUE | 08/06/24 | | Inter-account transfer Heritag | $7,000.00 | $1,006.41 |
| TUE | 08/06/24 | | Alpha Equity Loan Pmt; ALPHA E | -$6,458.33 | -$5,451.92 |
| WED | 08/07/24 | | Alpha Equity Loan Pmt; ALPHA E | -$6,458.33 | -$11,910.25 |
| THU | 08/08/24 | | Inter-account transfer Heritag | $13,000.00 | $1,089.75 |
| THU | 08/08/24 | | Alpha Equity Loan Pmt; ALPHA E | -$6,458.33 | -$5,368.58 |
| FRI | 08/09/24 | | Inter-account transfer Heritag | $6,000.00 | $631.42 |
| FRI | 08/09/24 | | Alpha Equity Loan Pmt; ALPHA E | -$6,458.33 | -$5,826.91 |
| MON | 08/12/24 | | Alpha Equity Loan Pmt; ALPHA E | -$6,458.33 | -$12,285.24 |
| WED | 08/14/24 | | Inter-account transfer Heritag | $13,000.00 | $714.76 |
| WED | 08/14/24 | | Inter-account transfer Heritag | -$513.76 | $201.00 |
| WED | 08/14/24 | | Alpha Equity Loan Pmt; ALPHA E | -$6,458.33 | -$6,257.33 |
| WED | 08/14/24 | 08.14.24MISC GP | Miscellaneous | -$35.00 | -$6,292.33 |
| THU | 08/15/24 | | Alpha Equity Loan Pmt; ALPHA E | -$6,458.33 | -$12,750.66 |
| FRI | 08/16/24 | | Inter-account transfer Heritag | $7,000.00 | -$5,750.66 |
| FRI | 08/16/24 | 08.16.24MISC GP2 | Miscellaneous | -$33.00 | -$5,783.66 |
| MON | 08/19/24 | | Alpha Equity Loan Pmt; ALPHA E | -$6,458.33 | -$12,241.99 |
| TUE | 08/20/24 | | Alpha Equity Loan Pmt; ALPHA E | -$6,458.33 | -$18,700.32 |
| TUE | 08/20/24 | | Alpha Equity Loan Pmt; ALPHA E | $6,458.33 | -$12,241.99 |
| TUE | 08/20/24 | | RETURNED NSF ITEM FEE(S) | -$33.00 | -$12,274.99 |
| WED | 08/21/24 | | Alpha Equity Loan Pmt; ALPHA E | -$6,458.33 | -$18,733.32 |
| WED | 08/21/24 | | Alpha Equity Loan Pmt; ALPHA E | $6,458.33 | -$12,274.99 |
| WED | 08/21/24 | | RETURNED NSF ITEM FEE(S) | -$33.00 | -$12,307.99 |
| THU | 08/22/24 | | Alpha Equity Loan Pmt; ALPHA E | -$6,458.33 | -$18,766.32 |
| THU | 08/22/24 | | Alpha Equity Loan Pmt; ALPHA E | $6,458.33 | -$12,307.99 |
| THU | 08/22/24 | | RETURNED NSF ITEM FEE(S) | -$33.00 | -$12,340.99 |
| FRI | 08/23/24 | | Alpha Equity Loan Pmt; ALPHA E | -$6,458.33 | -$18,799.32 |
| FRI | 08/23/24 | | Alpha Equity Loan Pmt; ALPHA E | $6,458.33 | -$12,340.99 |
| FRI | 08/23/24 | | RETURNED NSF ITEM FEE(S) | -$33.00 | -$12,373.99 |
| MON | 08/26/24 | | | -$35.00 | -$12,408.99 |

# Checkbook Register

## Precision Swiss Products, Inc.

**Date:** 10/24/24

**Time:** 03:28:42 pm

For Bank Code: HERIT: 2ND
Transactions Dated 07/24/24 through 10/24/24

| Day | Date | Check No | Transaction | Amount | Balance |
|-----|------|----------|-------------|--------|---------|
| MON | 08/26/24 | | Inter-account transfer Heritag | $13,000.00 | $591.01 |
| TUE | 08/27/24 | | ALPHA EQUITY FUN AO1009 PRE AO | -$6,458.33 | -$5,867.32 |
| TUE | 08/27/24 | | Inter-account transfer Heritag | $7,000.00 | $1,132.68 |
| WED | 08/28/24 | | ALPHA EQUITY FUN AO1009 PRE AO | -$6,458.33 | -$5,325.65 |
| WED | 08/28/24 | | HERITAGE DIRECT ONLINE TRANSFE | -$6,000.00 | -$11,325.65 |
| THU | 08/29/24 | | HERITAGE DIRECT ONLINE TRANSFE | $6,000.00 | -$5,325.65 |
| THU | 08/29/24 | | ALPHA EQUITY | -$6,458.33 | -$11,783.98 |
| THU | 08/29/24 | 08.26.24MISC GP2 | Miscellaneous | $.00 | -$11,783.98 |
| FRI | 08/30/24 | 08.20.24MISC GP2 | SERVICE CHARGE | -$15.00 | -$11,798.98 |
| FRI | 09/27/24 | | 716016 HERITAGE DIRECT ONLINE | $10,000.00 | -$1,798.98 |
| WED | 10/02/24 | | 512594 HERITAGE DIRECT ONLINE | -$10,000.00 | -$11,798.98 |
| TUE | 10/15/24 | | TRANSFER FROM BUSINESS CHECKIN | -$20.02 | -$11,819.00 |
| FRI | 10/18/24 | | 700877 HERITAGE DIRECT ONLINE | $10,000.00 | -$1,819.00 |

# United States Bankruptcy Court
## Northern District of California

In re **Precision Swiss Products, Inc**                     Case No.  **24-51678**

Debtor(s)                                                   Chapter   **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Melissa Kozar**<br>**372 Fleming Avenue**<br>**San Jose, CA 95127** | **Common** | **2,957,518** | **17.11%** |
| **Norbert Kozar**<br>**372 Fleming Avenue**<br>**San Jose, CA 95127** | **Common** | **243,333** | **12.27%** |
| **The Dillon Family Trust** | **Common** | **2,790,697** | **15.30** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **12/02/2024**                          Signature  **/s/ Norbert Kozar**

**Norbert Kozar**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re                                                      Case No.    **24-51678**

**Precision Swiss Products, Inc**

_____ Debtor(s).        /

<u>CREDITOR MATRIX COVER SHEET</u>

I declare that the attached Creditor Mailing Matrix, consisting of __**27**__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: **12/02/2024**

**/s/ Chris Kuhner**
_____
Signature of Debtor's Attorney or Pro Per Debtor

**United States Bankruptcy Court**
**Northern District of California**

In re __Precision Swiss Products, Inc__ _____ Case No. _____

Debtor(s)          Chapter  __11__ _____

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Norbert Kozar**, declare under penalty of perjury that I am the **President** of  **Precision Swiss Products, Inc,** and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the __1st__ day of __November__, 20 __24__.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Norbert Kozar**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Norbert Kozar**, **President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Norbert Kozar**, **President** of this Corporation is authorized and directed to employ **Chris Kuhner 173291**, attorney and the law firm of **Kornfield, Nyberg, Bendes, Kuhner & Little P.C.** to represent the corporation in such bankruptcy case."

Date  __11/01/2024__ _____          Signed  __/s/ Norbert Kozar__ _____

__Norbert Kozar__

Resolution of Board of Directors
of
**Precision Swiss Products, Inc**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Norbert Kozar, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Norbert Kozar, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Norbert Kozar, President** of this Corporation is authorized and directed to employ **Chris Kuhner 173291**, attorney and the law firm of **Kornfield, Nyberg, Bendes, Kuhner & Little P.C.** to represent the corporation in such bankruptcy case.

Date    **11/01/2024**

Signed    **/s/ Norbert Kozar**