CHRIS D. KUHNER, ESQ. (Bar No. 173291)
**KORNFIELD, NYBERG, BENDES, KUHNER & LITTLE, P.C.**
1970 Broadway, Suite 600
Oakland, California 94612
Telephone: (510) 763-1000
Facsimile: (510) 273-8669
Email: c.kuhner@kornfieldlaw.com

Attorneys for Debtor-In-Possession

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| In re | Case No. 24-51678 MEH |
|---|---|
| Precision Swiss Products, Inc., | Chapter 11 |
| | **CERTIFICATE OF SERVICE** |
| Debtor. | |

     I am at least 18 years of age and not a party to the within-entitled action. I am employed in the City of Oakland in the County of Alameda where the mailing took place. My business address is 1970 Broadway, Suite 600, Oakland, California. On December 6, 2024, I caused to be served a copy of the following documents by electronic service.

**NOTICE OF ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS PURSUANT TO 11 U.S.C. SECTION 365**

to the name(s) addressed below:

     **SEE ATTACHED SERVICE LIST**

____ By enclosing the above documents in an envelope and placing the envelope for collection and mailing on the date and at the place mentioned above following our ordinary business practices. I am readily familiar with this business practice for collecting and processing correspondence for mailing. On the same day that correspondence is place for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid. (CCP §§ 1013, 1013(a), 2015.5).

____ By emailing said document(s) to persons listed below to their email addresses also listed above in Adobe Acrobat, Word or WordPerfect.

**X** By Federal Express: I caused true and correct copies of the above document(s) to be placed and sealed in envelope(s) addressed to the addressee(s) and I caused such envelope(s) to be delivered by FEDERAL EXPRESS for PRIORITY OVERNIGHT to the office(s) of the addressee(s).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on December 6, 2024, at Oakland, California.

/s/ Gail A. Michael

# SERVICE LIST

| |
|---|
| Ameritas Life Insurance Corporation<br>P.O. Box 82657<br>Lincoln, NE 82657<br><br>5900 "O" Street<br>Lincoln, NE 68501-2657 |
| Geo Max<br>3460 Edward Avenue<br>Santa Clara, CA 95054 |
| International Commerce Center I, LLC<br>c/o Cameron Management<br>1201 Glen Meade Road<br>Wilmington, NC 28401 |
| Kaiser Foundation<br>Health Plan<br>File #5915<br>Los Angeles, CA 90074<br><br>Kaiser Foundation Plaza<br>One Kaiser Plaza<br>Oakland, CA 94612 |
| Lam Research Corporation<br>4650 Cushing Parkway<br>Fremont, CA 94538 |
| Met Life<br>200 Park Avenue<br>New York, NY 10166 |
| Navia Benefits<br>P.O. Box 53250<br>Bellevue, WA 98015 |
| United Health Care<br>PO Box 30769<br>Salt Lake City, UT 84130<br><br>United Health Care<br>1860 Mowry Avenue<br>Fremont, CA 94538 |
| Albert J. Salazar Rangel<br>dba GTO Precision<br>353 Kiely Blvd.<br>San Jose, CA 95129 |
| CJ Consulting or<br>Jessica Zamora |

# SERVICE LIST

| |
|---|
| 8403 Wall Street<br>Los Angeles, CA 90003 |
| Michelle Asumbrado<br>Panubo, Phil 8105 |
| Abbott Laboratories<br>100 Abbott Park Road, Abbott Park, Illinois, 60064 |
| Crane Aerospace & Electronics<br>3000 Winona Avenue<br>PO Box 7722<br>Burbank, CA 91510 |